IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02425-AP

ANNETTE K. MARTIN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:

    Tracy Stewart, Esq.
    Ring & Associates
    2550 Stover St., Bldg. C
    Fort Collins, CO 80525
    (303) 442--9005
    Tracy@rhlawpc.com

    For Defendant:

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant United States Attorney
    kurt.bohn@usdoj.gov

By:     Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-1570; (303) 844-0770 (facsimile)
    debra.meachum@ssa.gov;
    d_meachum@hotmail.com

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.     Date Complaint Was Filed:
           **November 26, 2005.**
    B.     Date Complaint Was Served on U.S. Attorney's Office:
           **December 9, 2005.**
    C.     Date Answer and Administrative Record Were Filed:
           **February 7, 2006.**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff forwarded additional records to the Appeals Council which have not been made a part of the record.  Plaintiff will argue that these records are material.  Plaintiff and Defendant have agreed that Plaintiff may attach them to the opening brief.  Defendant will address such evidence in her response brief.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The only additional evidence to be provided by Plaintiff is that previously sent to the Appeals Council.   Defendant will address such evidence in her response brief and clarify whether it was received by the Appeals Council.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.**

**7. OTHER MATTERS**

**The parties have no other matters to bring to the attention of the court.**

**8. PROPOSED BRIEFING SCHEDULE**

    A.     Plaintiff's Opening Brief Due:         **APRIL 11, 2006.**
    B.     Defendant's Response Brief Due:     **MAY 11, 2006.**
    C.     Plaintiff's Reply Brief (If Any) Due: **MAY 26, 2006.**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.     **Plaintiff's Statement:**
          **Plaintiff does request oral argument.**
   B.     **Defendant's Statement:**
          **Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

   A.     **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
   B.     **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

          DATED this 27th day of February 2006.

                                                  BY THE COURT:


                                                   S/John L Kane
                                                  U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

>s\Tracy Stewart  2/27/06
Tracy Stewart, Esq.
Ring & Associates
2550 Stover St., Bldg. C
Fort Collins, CO 80525
(303) 442-9005
Tracy@rhlawpc.com

For Defendant:

>WILLIAM J. LEONE
United States Attorney
KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

>s\Debra J. Meachum 2/27/06
By:  Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov
d_meachum@hotmail.com